**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALI KHANSA, an individual,

    Plaintiff,

v.                                                        Case No. 3:19-cv-258-J-32PDB

COSTCO WHOLESALE
CORPORATION, a foreign profit
corporation,

    Defendant.

_____

# O R D E R

This case is before the Court on Plaintiff Ali Khansa's Motion to Remand. (Doc. 10). Defendant Costco Wholesale Corporation responded. (Doc. 17). On July 19, 2019, the Court held a hearing on the motion, the record of which is incorporated herein. (Doc. 22).

Accordingly, it is hereby

**ORDERED:**

1. For the reasons stated on the record, Plaintiff's Motion to Remand (Doc. 10) is **DENIED**.

2. The Court will separately issue a Case Management and Scheduling Order.

3. No later than August 6, 2019 the parties will either file a consent to having the magistrate judge try the case (attached), or a notice of non-consent.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of July, 2019.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Counsel of record